AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

RICARDO ALFREDO RODRIGUES

**WARRANT FOR ARREST**

CASE NUMBER: Mag. No. 05-043 BMK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___RICARDO ALFREDO RODRIGUES___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
access device fraud and aggravated identity theft

in violation of
Title ___18___ United States Code, Section(s) ___1029(a)(2) and 1028A(a)(1)___

Barry M. Kurren                              United States Magistrate Judge
Name of Issuing Officer                      Title of Issuing Officer

                                             01-18-2005    Honolulu, Hawaii
Signature of Issuing Officer                 Date and Location

Bail fixed at $ ___To Be Determined___ by _____
                                           Name of Judicial Officer

[SEAL]

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Ricardo Alfredo Rodrigues

ALIAS:

LAST KNOWN RESIDENCE: 359 Kawaihae Street, Honolulu, Hawaii

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Portugal

DATE OF BIRTH: 05/23/1970

SOCIAL SECURITY NUMBER: 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

HEIGHT: 6'2"   WEIGHT: 198 pounds

SEX: Male   RACE: Portugese/Caucasian

HAIR: Brown   EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: 569159 FC6

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: F.B.I.
300 Ala Moana Blvd. Room 4-230
Honolulu, Hawaii 96813