EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT  3753
Assistant U.S. Attorney

LAWRENCE L. TONG  3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Fax:  (808) 541-2958
E-Mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 7 2005

at  9 o'clock and  54 m.  M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR05-00047 DAE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. _____ |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | 18 U.S.C. § 1029(a)(2) |
| ) | [Access Device Fraud] |
| ) | 18 U.S.C. § 1028A |
| RICARDO ALFREDO RODRIGUES, ) | [Aggravated Identity Theft] |
| ) | |
| Defendant. ) | |
| ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

From on or about January 7, 2005, through on or about

January 14, 2005, in the District of Hawaii, RICARDO ALFREDO

RODRIGUES did knowingly, and with intent to defraud, use an

unauthorized access device, namely, a temporary Visa credit card

issued in the name of a person whose initials are TJW, to obtain

goods and services having a value of more than one thousand
dollars ($1,000), thereby having an effect on interstate
commerce.

In violation of Title 18, United States Code, Section
1029(a)(2).

<u>COUNT 2</u>

The Grand Jury further charges:

From on or about January 7, 2005, through on or about
January 14, 2005, in the District of Hawaii, during and in
relation to the commission of the offense alleged in count
1 of this Indictment, RICARDO ALFREDO RODRIGUES did knowingly
possess and use, without lawful authority, means of
identification of another person, namely, the name, social
security number, date of birth and credit card number of a person
whose initials are TJW.

\\\

\\\

\\\

\\\

\\\

\\\

All in violation of Title 18, United States Code,
Section 1028A(a)(1).

Dated:  Honolulu, Hawaii, January 27, 2005.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Ricardo Alfredo Rodrigues
"Indictment"
Cr. No. _____